JOSEPH A. WEST West (SBN 218847)
LAW OFFICE OF JOSEPH WEST
6716 N. Cedar Ave., Suite 210
Fresno CA 93710
Tel: 310-478-0890
Email: jw@wlfofca.com

BLANE A. SMITH, ESQ. (SBN 96795)
COLE SMITH-CROWLEY, ESQ. (SBN 339066)
**LAW OFFICE OF BLANE A. SMITH**
455 University Ave, Suite 270
Sacramento, CA  95825
Tel: (916) 679-1245/ Fax: (916) 515-9533
Email: bsmith@blanesmithlaw.com
csmith@blanesmithlaw.com

Attorney for Defendant,
AMERICAN MODERN PROPERTY AND CASUALTY
INSURANCE COMPANY, erroneously sued herein as,
AMERICAN MODERN INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN YBARRA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN MODERN INSURANCE COMPANY and DOES 1 to 10 inclusive,<br><br>　　　　　　Defendants. | Case No: 2:23-cv-02849-MCE-CSK<br>Assigned: Judge Morrison C. England<br>Mag. Judge Chi Soo Kim<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Notice of Removal Filed: December 6, 2023 |

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear its own costs and attorney's fees.

-1-

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**   No.: 2:23-cv-02849-MCE-CSK

Jointly submitted,

Dated: July 31, 2024

*/s/ Joseph A. West*

By: _____
Joseph A. West, Counsel for Martin Ybarra

Dated: July 31, 2024

*/s/ Blane A. Smith*

By: _____
Blane A. Smith, Counsel for
Counsel for Defendant, AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY, erroneously sued herein as AMERICAN MODERN INSURANCE COMPANY

**ORDER**

The above STIPULATION OF DISMISSAL is approved.  This case is DISMISSED WITH PREJUDICE, with each party to bear its own costs an attorneys' fees, pursuant to FRCP 41(a)(1).  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 9, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE